FILE COPY

No. 07-19-00373-CR

| | | |
|---|---|---|
| Marcus Reed<br>    Appellant | § | From the 167th District Court<br>    of Travis County |
| | § | |
| v. | | September 15, 2020 |
| | § | |
| The State of Texas<br>    Appellee | § | Opinion Per Curiam |
| | § | |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated September 15, 2020, it is ordered, adjudged, and decreed that the appeal is abated and the cause is remanded to the 167th District Court of Travis County, Texas, for further proceedings in accordance with this Court's opinion entered this day.

o O o